James M. Smedley, 03613-2008
Honeah Mangione, 03986-2013
James M. Smedley, LLC
James.Smedley@sigmalawgroup.com
776 Mountain Blvd STE 105
Watchung, NJ    07069
Telephone 732.481.0587
Facsimile 732.490.6616

Attorneys for Plaintiff
Pastor Villareal Inc. d/b/a
Innovacion Natural

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Pastor Villareal Inc. d/b/a Innovacion Natural<br><br>Plaintiff,<br><br>v.<br><br>Borderland Traders LLC<br><br>and<br><br>Suerte y Salud LLC<br><br>and<br><br>Jose De Jesus Garcia, aka Jose Garcia, aka Jesus Garcia Dieguez, *individual*<br><br>Defendants | Civil Action No.:<br><br>COMPLAINT AND JURY DEMAND<br><br>**(Jury Trial Demanded)** |

## COMPLAINT

Pastor Villareal Inc. d/b/a Innovacion Natural ("Plaintiff"), by counsel, complains and

alleges as follows against (i) the corporate entities Borderland Traders LLC ("Borderland") and

Suerte y Salud LLC ("SyS") and (ii) the individual Jose De Jesus Garcia, aka Jose Garcia, aka Jesus Garcia Dieguez ("Mr. De Jesus") (collectively the "Defendants").

## I. NATURE AND SUBSTANCE OF THE ACTION

1.     Plaintiff files this action against Defendants for fraud in procurement of trademark registrations under Title 15 of the United States Code, including 15 U.S.C. §1120 for Defendants' false representations to the United States Patent and Trademark Office ("USPTO").   The Defendants have procured – and are procuring – trademark registrations under false statements and declarations, whereupon such registrations have damaged Plaintiff's business due to (i) False Designation of Origin, Passing Off, and Unfair Competition in violation of 15 U.S.C. §1125(a)(1)(A), (ii) cybersquatting in violation of 15 U.S.C. §1125(d), (iii) Trafficking in Counterfeit Documentation or Labels in violation of 18 U.S.C. §2318, (iv) Importation of Goods Bearing Infringing Marks or Names Forbidden in violation of 15 U.S.C §1124, (v) Dilution by Blurring and/or Tarnishment in violation of 15 U.S.C §1124, (vi) Fraud in the procurement of a trademark registrations under the common law of New Jersey, (vii) Unfair competition under N.J.S.A. 56:4-1, and (viii) Passing Off under the common law of New Jersey.

## II. JURISDICTION AND VENUE

2.     This Court has subject matter jurisdiction over this action pursuant to 15 U.S.C. §1121 ("Lanham Act") and/or 28 U.S.C. §1331 and/or 1338, as this action arises under the laws of the United States.  This Court also has supplemental jurisdiction over the state law claims under 28 U.S.C. § 1367.

3. Venue is proper in this district pursuant to 28 U.S.C. § 1391 because Defendant transacts business within this district and offers for sale in this district products that are at issue.

4. This Court has personal jurisdiction over Defendants as Defendants conduct business within this jurisdiction. Defendants have sufficient minimum contacts with this district such that the exercise of jurisdiction over Defendants by this Court does not offend traditional notions of fair play and substantial justice. Among other things, Defendants have advertised, offered to sell, sold, and distributed products under the fraudulently procured and applied-for trademarks to consumers within this judicial district for Defendants' own commercial gain and have exploited New Jersey's extensive marketplace. Specifically, Defendants have offered to sell and actually sold counterfeit products through internet platforms such as eBay, Inc. and PayPal, Inc., to transact payment, while knowing or having reason to know that consumers throughout the United States, including within this judicial district, would purchase said goods from Defendants, believing that they were authentic goods manufactured and distributed by authorized manufacturers.

## III. THE PARTIES

1. Plaintiff, Pastor Villareal Inc. d/b/a Innovacion Natural, is a California corporation with a business address of 4124 Virginia Street, Lynwood, CA 90262.

2. Defendant Borderland Traders LLC is a limited liability Company located at 70 Kingery Dr. El Paso, Texas 79902. Borderland registered with the Secretary of State of Texas on October 02, 2017.

3. Defendant Suerte y Salud LLC is a limited liability Company located at 70 Kingery Dr. El Paso, Texas 79902. SyS's mailing address is 1029 N Zaragoza Rd Ste E El Paso, Texas

79907-1868 with a registered office street address of 701 Brazos Street, Suite 720 Austin, Texas 78701.  SyS registered with the Secretary of State of Texas on May 14, 2012.

4.      Defendant Jose De Jesus Garcia (aka Jose Garcia, aka Jesus Garcia Dieguez) is an individual.  Mr. Garcia has self-identified himself as CEO of SyS[1] and President of Borderland[2].

5.      Plaintiff alleges that Defendants Borderland, SyS, and Mr. Garcia are jointly, severally and concurrently liable and responsible with one another upon the causes of actions hereinafter set forth.

6.      Plaintiff is informed and believes and thereon alleges that all times mentioned herein, each Defendant is an agent of every other Defendant and the acts of each Defendant, as alleged herein, were performed within the course and scope of that agency.

## IV. FACTS COMMON TO ALL CLAIMS

7.      This complaint primarily concerns the issue of trademark ownership of marks in the United States for foreign-made goods.

8.      Plaintiff is in the business of retail and distribution of products in the form of natural supplements and beauty/personal care (e.g. face creams and lotions).  Plaintiff began operating in September 2009 as Dynamic Products For Health but in 2010 changed this name to its current business entity name.  Plaintiff's business model is primarily to partner with reputable brands from Mexico and distribute such third party products throughout the United States, Canada, and internationally to at least 15 other countries (e.g. United Kingdom and Australia).

---

[1] See US (Trademark) Reg. No. 5406031.

[2] See US (Trademark) Reg. No. 5578700.

9.      Plaintiff and Defendant are direct competitors.  They both operate in the retail and distribution of natural supplements and beauty care products.  As competitors, Plaintiff and Defendants have distributed the same goods through the same marketplaces/ sales channels (e.g. Amazon.com and eBay.com).  Many of these goods are well-known products manufactured and sold in Mexico.  Both Plaintiff and Defendants sell their products to predominantly American customers who may be familiar with the Mexican products.

10.      Plaintiff and Defendants are not the only persons who distribute Mexican products to American customers.  There are many independent retailers that re-distribute the Mexican products throughout the United States (as well as other countries).

11.      Since Plaintiff and Defendants distribute the same products, Plaintiff has witnessed multiple occasions where Defendants have unlawfully secured (or attempted to secure) trademark registrations by claiming to be the rightful mark owner.  Upon information and belief, Plaintiff asserts that Defendants find popular Mexican brands, seek registration of the Mexican brands in the United States, shut down competitors' listings of the same product, and then manufacture the products under the registered brand to take over the market.

12.      Upon information and belief, the first incident of Defendants' appropriation of a trademark is Defendants' application and registration of the mark LA MILAGROSA[3] for "beauty creams; beauty creams for body care; beauty balm creams; body cream soap; face and body beauty creams" (US Registration No. 5406031) and dietary supplements (US Registration 5578700).  In the registration for the beauty creams, SyS claimed to have first used LA MILAGROSA with such products as of January 1, 2016; in the registration for dietary supplements, Borderlands claimed to

---

[3] Translation from Spanish:  The Miracle

have first used LA MILAGROSA for the listed goods as of February 05, 2014, which is a date roughly four (4) years prior to Borderland's registration with the State of Texas.

13.     However, LA MILAGROSA facial cream was first manufactured and popularized by the original mark owner, Guadalupe Trujillo Tabarez.  Ms. Tabarez first sought trademark registration of the mark LA MILAGROSA PIEL ETERNAMENTE JOVEN LUPITA T.T.[4,5] in Mexico on April 8, 2014.  *See Exhibit A*.  The commercial packaging, owned and/or controlled by Ms. Tabarez, comprises of a white label with the aforementioned mark and a pink silhouette of a woman.  LA MILAGROSA cream became so successful in Mexico that distributors, including but not limited to both the Plaintiff and Defendants, began retailing the product in the United States.

14.     Despite not being an authorized or an exclusive distributor of LA MILAGROSA face cream, SyS secured a registration of the word mark in the USPTO.  *See US Registration No. 5406031*.  Even though there were  other distributors, such as Plaintiff[6], who were also selling LA MILAGROSA face cream, Defendant SyS's application declared, "The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered".  Further, SyS's submitted specimen for its application in all material respects resembles Ms. Tabarez's mark and packaging label.  *See Exhibit B*.

15.     Upon information and belief, SyS continues to offer LA MILAGROSA facial cream via marketplaces such as eBay.com.  Furthermore, SyS's sale of this product suggests affiliation, endorsement, and/or sponsorship by Ms. Tabarez through use of Ms. Tabarez's label. *See Exhibit C*.  Notably, Sys's label for LA MILAGROSA mentions Lupita T.T. and claims to be

---

[4] Translation from Spanish:  THE MIRACULOUS SKIN ETERNALLY YOUNG LUPITA T.T.

[5] Lupita T.T. is a shortened version of Ms. Tabarez's name.  "Lupita" is a frequent nickname for Guadalupe.

[6] According to Plaintiff's records, Plaintiff started selling LA MILAGROSA facial cream in August 2016.

an authorized distributor.[7]  These additional elements in Defendants' product packaging were not present in SyS's submitted specimen to the USPTO.

16.     Furthermore, upon information and belief, Defendants had set up a website using the name LA MILAGROSA, namely https://www.lamilagrosaoficial.com/.[8]

17.     As a result of Defendants' actions, Plaintiff can no longer retail LA MILAGROSA facial cream.

18.     Upon information and belief, in 2012, the Comisión Federal para la Protección contra Riesgos Sanitarios ("COFEPRIS")[9] implemented policies to prevent misleading advertisements of fake "miracle" drugs.  Since LA MILAGROSA was becoming more popular, Ms. Tabarez rebranded LA MILAGROSA PIEL ETERNAMENTE JOVEN LUPITA T.T. facial cream to NUNN CARE in 2016.  Accordingly, Ms. Tabarez secured a trademark registration for NUNN CARE at Mexican Institute of Industrial Property ("IMPI") on December 8, 2016.  *See Exhibit D.*  Pursuant to the rebranding efforts, the mark LA MILAGROSA was replaced with NUNN CARE, but the product label otherwise remained the same.[10]  For example, the pink woman's silhouette of LA MILAGROSA cream remains in the NUNN CARE labels.  *See Exhibit E.*  Like LA MILAGROSA, NUNN CARE is also manufactured in Mexico. Both Plaintiff and Defendants began to distribute the NUNN CARE facial cream NUNN CARE in the United States on or about December 2017.

---

[7] As will be discussed, Ms. Tabarez was forced to rebrand LA MILAGROSA facial cream, and thus is no longer associated with this brand name.

[8] See Exhibit M.

[9] Translation: Federal Commission for Protection against Sanitary Risks.  This organization is a Mexican regulatory body akin to the Federal Drug Association (FDA).

[10] Ms. Tabarez redirected her website from www.cremalamilagrosa.com to www.nunncare.com.

19.     Despite both parties (as well as other independent parties) distributing the NUNN CARE facial cream, Borderland filed for a trademark registration with the USPTO on January 6, 2018 for the mark NUNN CARE (Serial No. 87745942).  In the application, Borderland stated that it has been using the mark since February 5, 2015 and provided a specimen to demonstrate such usage, despite the fact that Borderland had not been registered as a limited liability company in the Texas at the time.  Borderland also declared that it believes itself to be "the owner of the trademark/service mark sought to be registered" and "the specimen shows the mark as used on or in connection with he goods/services in the application".

20.     On March 30, 2018 Borderland received an office action from the USPTO rejecting registration of the mark.  The Trademark Examining Attorney found the mark is ineligible for registration on the Principal Register pursuant to Section 2(e)(4) because the applied-for mark is primarily a surname.  Furthermore, the Trademarking Examining Attorney refused the specimen because it consisted of a digitally altered image or mock-up showing the applied-for mark on packaging of the listed good (i.e. facial cream).

21.     Borderland responded to the office action on May 15, 2018.  In response to the Trademark Examining Attorney's surname rejection, Borderland amended the application to seek registration on the Supplemental Register.  Further, Borderland provided a substitute specimen along with statements affirming, "The substitute … specimen(s) was/were in use in commerce at least as early as the filing date of the application".

22.     Upon information and belief, Borderland's substitute statement and declaration constitute fraudulent representations to the USPTO.  First, the specimen shows an EBAY.com listing of the NUNN CARE cream.  While the EBAY listing presumably displays information relevant to Borderland (e.g. Item location:  Brownsville, Texas, United States), the listing is

actually Plaintiff's listing, with certain terms modified.  Second, the label for Borderland's NUNN CARE facial cream is actually Ms. Tabarez's NUNN CARE label.

23.     Following the response to the office action, Borderland secured a trademark registration for the mark on July 24, 2018 on the Supplemental Register.

24.     However, even before Borderland secured a federal Supplemental registration for the mark, Borderland filed complaints with ebay.com on March 10, 2018 and Amazon.com on May 30, 2018 alleging trademark infringement.  As a result of filing the complaints, both ebay and Amazon removed Plaintiff's listing for the NUNN CARE cream. *See Exhibit F and Exhibit G*.

25.     Currently, Defendants are exercising the same ploy with the mark ALIPOTEC. Plaintiff and Defendants, as well as other distributors, retail ALIPOTEC firming gel and dietary supplements.   SyS procured a registration for the mark ALIPOTEC (U.S. Registration No. 5479118) in connection with food supplements, dietary food supplements, and health food supplements on May 28, 2018.

26.     Separately, Borderland filed U.S. Serial No. 87718989 ("the '989 Application") on December 13, 2017 for the mark ALIPOTEC[11] in International Class 003 for "beauty gels" claiming a date of first use and date of first use in commerce of January 01, 2012.  Borderland, represented by Mr. Garcia as President, stated that it is the owner of the mark and has been using the mark since January 2012.[12]

27.     In the Declaration section of the '989 Application, Borderland acknowledged the following statements:  that (i) the signatory believes that it is the owner of the trademark/service

---

[11] The initial application was for ALIPOTEC GEL.  Applicant amended the mark to ALIPOTEC on June 4, 2018.

[12] As with the marks LA MILAGROSA and NUNN CARE,  Borderland claims to have a date of use prior to its registration as a business with the State of Texas.

sought to be registered and (ii) to the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

28.     The true owner and manufacturer of the gel is Ms. Elva Araceli Alonso Gonzalez. She has been exclusively producing and offering the firming gel and dietary supplements since February 2012 throughout Mexico under the ALIPOTEC brand name.   Since March 2012 Ms. Gonzalez has been offering the ALIPOTEC in the United States (and internationally) through her websites and authorized dealers, such as the Plaintiff.[13]

29.     Upon information and belief, Ms. Gonzalez has not given any of the Defendants permission to register the trademark.

30.     Upon information and belief, Defendants have wrongly procured registration of ALIPOTEC for dietary supplements.  Defendants' own products state that the products are manufactured in Mexico.  *See Exhibit O*.  Further, the products list Ms. Gonzalez's website for the ALIPOTEC dietary supplements (www. alipotec.com.mx), not the Defendants' website (www.alipotecoficial.com).  *See Exhibit P*.  Accordingly, Defendants simply distribute and retail Mexican-made imports. Thus, Defendants are not the owners of the mark ALIPOTEC for dietary supplements.

31.     Upon information and belief, the beauty gel product for which Borderland is seeking registration is not Borderland's product but Ms. Gonzalez's product.  Specifically, and upon information and belief, the specimen dated December 13, 2017 in the '989 application shows Ms. Gonzalez's beauty gel product with Borderland's label, which comprises of not just the same product, but the same packaging container only with different labels. See *Exhibit H* for

---

[13] See http://www.alipotec.com.mx (Mexico) and http://www.alipotec.com/ (United States) as websites offering the goods at issue by Ms. Gonzalez.

Ms. Gonzalez's product and *Exhibit I* for a comparison of Ms. Gonzalez's product with Borderland's specimen.  In other words, the specimen shows a product that is 100% manufactured by or under the authority of Ms. Gonzalez.  However, the label on the product is not Ms. Gonzalez's label.  To clarify, Ms. Gonzales did not manufacture the product on behalf of any of the Defendants.  No Defendant was not involved in the creation, development, or distribution of the product.  In fact, Defendants did not exercise any control or authority in the manufacture of the product (e.g. Defendants did not manufacture the products according to Defendants' specifications).  Rather, Defendants simply re-labeled Ms. Gonzalez's products with Defendants' own label but the ALIOPTEC mark.

32.     Defendants also set up a website using the ALIPOTEC mark to sell their ALIPOTEC products, https://www.alipotecoficial.com.[14]

33.     Upon information and belief, Ms. Gonzalez was forced to rebrand her ALIPOTEC products in light of Defendants' unlawful registration of the ALIPOTEC mark with the USPTO.

34.     In response to Defendants application and registration activities before the USPTO, on August 9, 2018 Plaintiff sent Defendants a letter requesting express abandonment of NUNN CARE registration (U.S. Reg. No. 5,526,599), ALIPOTEC registration (U.S. Reg. No. 5,479,118) and ALIPOTEC application (U.S. Serial No. 87718989).  *See Exhibit J*.  Plaintiff further sought assurances that Defendants would not conduct unfair and unlawful trade practices against other distributors of the products at issue.  However, Defendants did not respond to the letter.

35.     Rather than a response, Defendants initiated a take-down request for Plaintiff's product page for LA MILAGROSA from Walmart.com. *See Exhibit K*.  Defendants also initiated

---

[14] *See Exhibit N.*

a take-down request for Plaintiff's product page for ALIPOTEC on the ebay.com platform. *See Exhibit L.* Such actions have significantly impacted Plaintiff's lawful right to free commerce.

36. Based on Defendants' unlawful actions, Plaintiff, along with other distributors of Mexican products in the United States, have suffered damaged.

## I. FIRST CAUSE OF ACTION

### Fraudulent Trademark Registration:  LA MILAGROSA
### § 38 of the Lanham Act; 15 U.S.C. §1120

37. Plaintiff alleges and incorporates by reference each and every allegation of paragraphs 1 – 36 of this Complaint as if fully set forth herein.

38. Defendants had no basis to believe that they are the rightful owners of LA MILAGROSA mark when they adopted the mark from its original Mexican owner while other distributors, such as Plaintiff, were distributing the identical product.

39. In addition, Defendants did not submit their own specimen.  Rather, Defendants submitted a specimen showing the true Mexican owner's specimen but stating to the USPTO that they themselves are the true owners.

40. Defendants have violated Lanham Act §38 by the complained-of actions regarding LA MILAGROSA causing injury and damages to Plaintiff, as set forth in detail above.

41. Plaintiff is entitled to recover damages under the §38 of the Lanham Act for the fraudulent registration of the marks LA MILAGROSA.

42. Plaintiff is entitled under Lanham Act §37 (15 USC §1119) to cancellation of any federal registration of LA MILAGROSA or the prevention of such registration if the order can be issued in time, or to "otherwise rectify the register".

## II. SECOND CAUSE OF ACTION

### Fraudulent Trademark Registration:  NUNN CARE
### § 38 of the Lanham Act; 15 U.S.C. §1120

43.     Plaintiff alleges and incorporates by reference each and every allegation of paragraphs 1 – 42 of this Complaint as if fully set forth herein.

44.     Defendants had no basis to believe that they are the rightful owners of the NUNN CARE mark when they adopted the mark from its original Mexican owner while other distributors, such as Plaintiff, were distributing the identical product.

45.     In addition, Defendants did not submit their own specimen.  Rather, Defendants submitted a specimen that was an alteration of Plaintiff's ebay.com listing.

46.     Defendants have violated Lanham Act §38 by the complained-of actions regarding NUNN CARE causing injury and damages to Plaintiff, as set forth in detail above.

47.     Plaintiff is entitled to recover damages under the §38 of the Lanham Act for the fraudulent registration of the marks NUNN CARE.

48.     Plaintiff is entitled under Lanham Act §37 (15 USC §1119) to cancellation of any federal registration of NUNN CARE or the prevention of such registration if the order can be issued in time, or to "otherwise rectify the register".

## III. THIRD CAUSE OF ACTION

### Fraudulent Trademark Registration:  ALIPOTEC
### § 38 of the Lanham Act; 15 U.S.C. §1120

49.     Plaintiff alleges and incorporates by reference each and every allegation of paragraphs 1 – 48 of this Complaint as if fully set forth herein.

50.     Defendants had no basis to believe that they are the rightful owners of the ALIPOTEC mark when it adopted the mark from its original Mexican owner and other distributors, such as Plaintiff, were distributing the identical product.

51.     In addition, Defendants did not submit their own specimen.  Rather, Defendants submitted a specimen showing a different label on the true owner's product packaging.

52.     Defendants have violated Lanham Act §38 by the complained-of actions regarding ALIPOTEC causing injury and damages to Plaintiff, as set forth in detail above.

53.     Plaintiff is entitled to recover damages under the §38 of the Lanham Act for the fraudulent registration of the marks ALIPOTEC.

54.     Plaintiff is entitled under Lanham Act §37 (15 USC §1119) to cancellation of any federal registration of ALIPOTEC or the prevention of such registration if the order can be issued in time, or to "otherwise rectify the register".

## IV. FOURTH CAUSE OF ACTION

### Not Rightful Owner
### § 1 of the Lanham Act; 15 U.S.C. §1051

55.     Plaintiff re-alleges and incorporates by reference each and every allegation of paragraphs 1-54 of this Complaint as if fully set forth herein.

56.     Defendants are not the first to use the marks LA MILAGROSA, NUNN CARE, and ALIPOTEC with the goods in their respective trademark applications and registrations. Rather, the first to use the marks are the manufacturers of the listed goods.  Specifically, Ms. Tabarez was the first to use the marks LA MILAGROSA and NUNN CARE while Ms. Gonzalez is the first to use the mark ALIPOTEC.  Both these first uses occurred in Mexico with products manufactured in Mexico.

57.     Defendants are simply the distributors of such Mexican products in the United States.  Further, Defendants are not the exclusive distributors of the products.  There are multiple distributors, such as Plaintiff, that distribute the same products under the same Mexican mark.

58.     Accordingly, Defendants are not the rightful owners of the marks.  Plaintiff is entitled under Lanham Act §37 (15 USC §1119) to cancellation of any federal registration of LA MILAGROSA, NUNN CARE, and ALIPOTEC marks or the prevention of such registration if the order can be issued in time, or to "otherwise rectify the register".

## V.  FIFTH CAUSE OF ACTION

### Likelihood of Confusion; False Suggestion of a Connection
### §2(d) of the Lanham Act; 15 U.S.C. §1052(d)

59.     Plaintiff re-alleges and incorporates by reference each and every allegation of paragraphs 1-58 of this Complaint as if fully set forth herein.

60.     The marks LA MILAGROSA, NUNN CARE, and ALIPOTEC were already used in commerce for the sale of the same goods as in Defendants' registrations and applications by other parties, such as other distributors of the goods (e.g. Plaintiff). Customers associate the marks with the Mexican-made original products.

61.     Granting/affirming exclusive use of the identical marks for identical goods to Defendants is likely to cause confusion as to ownership of the marks.

62.     Accordingly, Plaintiff is entitled under Lanham Act §37 (15 USC §1119) to cancellation of any federal registration of LA MILAGROSA, NUNN CARE, and ALIPOTEC marks or the prevention of such registration if the order can be issued in time, or to "otherwise rectify the register".

## VI. SIXTH CAUSE OF ACTION

### False Designation of Origin, Passing Off, and Unfair Competition

**§ 43(a)(1)(A) of the Lanham Act; 15 U.S.C. §1125(a)(1)(A)**

63.     Plaintiff re-alleges and incorporates by reference each and every allegation of paragraphs 1-62 of this Complaint as if fully set forth herein.

64.     Defendants' actions, as described above, are likely to cause mistake, or to deceive as to the affiliation, connection, or association of Defendants with the original owners (i.e. manufacturers') products.

65.     Furthermore, Defendants' actions, as described above, are likely to cause mistake as to the origin, sponsorship, or approval of original owners' products and commercial activities.

## VII. SEVENTH CAUSE OF ACTION

**Cybersquatting**
**§ 43(D) of the Lanham Act; 15 U.S.C. §1125(d)**

66.     Plaintiff re-alleges and incorporates by reference each and every allegation of paragraphs 1-65 of this Complaint as if fully set forth herein.

67.     Defendants cause to be registered, registered, and/or used the LA MILAGROSA and ALIPOTEC in bad faith with the intent to profit from the original owners' trademark.

68.     Defendants had actual knowledge of Plaintiff's trademark at the time the domain was registered and renewed.

69.     Defendants' actions, as described above, violate Section 43(d) of the Lanham Act; 15 U.S.C. §1125(d).

## VIII. EIGHT CAUSE OF ACTION

**Fraud**
**Common Law of New Jersey**

70.    Plaintiff alleges and incorporates by reference each and every allegation of paragraphs 1 – 69 of this Complaint as if fully set forth herein.

71.    Defendants had no basis to believe that they are the rightful owners of the marks LA MILAGROSA, NUNN CARE, and ALIPOTEC when they adopted the marks from their respective true Mexican owners while other distributors, such as Plaintiff, were distributing the identical product.

72.    In addition, Defendants did not submit their own specimens.  Rather, Defendants submitted specimens that were either the true owner's specimen or an alteration of Plaintiff's commercial listings.

73.    Ruch repeated actions show Defendants' intent to unlawful procure federal trademark registrations.

74.    Plaintiff is entitled to recover damages under New Jersey common law for the fraudulent registration (or attempted registration) of the marks.

## IX. NINTH CAUSE OF ACTION

**Unfair competition**
**N.J.S.A. 56:4-1**

75.    Plaintiff alleges and incorporates by reference each and every allegation of paragraphs 1 – 74 of this Complaint as if fully set forth herein.

76.    Defendants intentionally and knowingly procured fraudulent registrations of the marks LA MILAGROSA, NUNN CARE, and ALIPOTEC.

77.     Based on the unlawfully procured registrations, Defendants stifled Plaintiff's lawful commercial trade.  Specifically, Defendants removed Plaintiff's listings for LA MILAGROSA facial cream, NUNN CARE facial cream, and ALIPOTEC facial cream from ebay.com, Amazon.com, and Walmart.com.

78.     Defendants had actual knowledge that other distributors were selling the products at the time of their registration, yet Defendants prevented the other distributors, including Plaintiff, from the lawful sale of the Mexican products.

79.     Defendants' actions, as described above, violate New Jersey's unfair competition statute.

## X. TENTH CAUSE OF ACTION

### Passing Off
### Common Law of New Jersey

80.     Plaintiff alleges and incorporates by reference each and every allegation of paragraphs 1 – 79 of this Complaint as if fully set forth herein.

81.     The acts complained of above constitute Defendant's passing off a true owner's products and marks.  Such acts interfere with Plaintiff's lawful course of business.

82.     Therefore, Defendants' activities are in violation of New Jersey common law.

## IX. PRAYER OF RELIEF

WHEREFORE, Plaintiff requests that judgment be entered in its favor against Defendants as follows:

a.      Order that Defendants, their officers, agents, employees, representatives, successors, and assigns as well as all persons, firms, corporations in active concert or participation with them or any of them be permanently enjoined from using the marks LA MILAGROSA, NUNN CARE, and ALIPOTEC or any confusingly similar marks on any of Defendants' websites, including their meta tags, title tags, header tags, and source code, or any other products or services;

b.      Order that Defendants cease competing unfairly with Plaintiff and other distributors of Mexican products;

c.      Order that Defendants be required to account for any and all profits realized by them and arising from the foregoing acts since March 10, 2018 [15] as a consequence of their unlawful acts and infringements alleged herein;

d.      Order that three times profits and damages be awarded to Plaintiff in accordance with 15 U.S.C. § 1117(b) for intentionally using marks and designations knowing such mark or designation is a counterfeit mark in connection with the sale, offering for sale, or distribution of goods or services;

e.      Order that statutory damages be awarded to Plaintiff in accordance with 15 U.S.C. § 1117(c) for intentionally involving the use of a counterfeit mark in connection with the sale, offering for sale, or distribution of goods or services;

f.      Order that Defendants be prohibited form registering or using domain names that are identical or confusingly similar to LA MILAGROSA, NUNN CARE, and ALIPOTEC;

g.      Order that actual damages be awarded to Plaintiff;

h.      Order than a reasonable royalty be awarded to Plaintiff;

---

[15] This is the date of Defendants' first attempt to take-down Plaintiff's product pages for the products and marks at issue.

i.      Order that Plaintiff be awarded punitive damages as may be allowed under federal law;

j.      Ordering Defendant to file with Court and serve on Plaintiff, within 30 days after the entry and service of this injunction, a written report, sworn under oath, setting the forth the manner and form in which Defendant has complied with the injunction.

k.      Awarding Plaintiff compensation for all damages and harm it has sustained as a result of Defendant's infringement and tortious activities.

l.      Ordering or awarding any other relief that the Court deems just and proper.

## **DEMAND FOR JURY TRIAL**

Plaintiff demand a trial by jury of all issues triable by jury.

## CERTIFICATION PURSUANT TO L.CIV.R 11.2

Plaintiff, by its undersigned attorneys, hereby certifies in accordance with the requirements of L.Civ.R. 11.2 that the matters in controversy in the within litigation are in part the subject of an administrative proceeding before the Trademark Trial and Appeal Board regarding the mark ALIPOTEC (Opposition No. 91243959) between Plaintiff, Innovacion Natural LLC and Defendant Borderland Traders LLC.

**JAMES M SMEDLEY LLC**
A Limited Liability Company
Attorneys for Innovacion Natural LLC
Respectfully submitted,

By:   /S/ James M. Smedley
james.smedley@sigmalawgroup.com

James M. Smedley, Esq.
Honeah Mangione, Esq.

Dated:  November 15, 2018

# EHIBIT A

# 0119851481354 - LA MILAGROSA PIEL ETERNAMENTE JOVEN LUPITA T.T.

Status: Pending (2014-04-29)

(210) **Serial number of the application**
0119851481354

(220) **Date of filing of the application**
2014-04-08

(540) **Mark**



(541) **Reproduction of the mark where the mark is represented in standard characters**
LA MILAGROSA PIEL ETERNAMENTE JOVEN LUPITA T.T.

(531) **International Classification of the Figurative Elements of Marks (Vienna Classification)**
02.03.01, 02.03.16, 27.05.09, 27.05.10, 27.05.11, 29.01.12.

(550) **Indication relating to the nature or kind of mark**
Trade mark

(731) **Name and address of the applicant**
MA. GUADALUPE TRUJILLO TABAREZ

MELCHOR OCAMPO # 807, COL. CENTRO

MAZATLAN, SIN. , MEXICO (82000)

(740) **Name and address of the representative**
MARIA DOLORES PLAZA LOPEZ

EMILIO BARRAGAN # 147, PISO 3, L-2, EDIF. CANACINTRA, COL. CENTRO

MAZATLAN, SIN. (82000)

(511) **The International Classification of Goods and Services for the Purposes of the Registration of Marks (Nice Classification) and the list of goods and services classified according thereto**
3

# Exhibit B



# Exhibit C

Hi James!                      Sell    My eBay



| Search for anything | All Categories |

Back to previous page | Listed in category:   Health & Beauty   >   Skin Care   >   Acne & Blemish Treatments





### La Milagrosa 2 Cremas Originales Resultado Maravilloso Version Mexicana Antiage

Condition: New

Quantity: 1    More than 10 available
**367 sold** / See feedback

Price: **US $34.99**

Buy It Now

Add to cart

Add to watch list

**Free delivery in 4 days** | 367 sold | More than 83% sold

Pay only **$29.99** [ Show me how ]

Shipping: **FREE** Standard Shipping
Guaranteed by **Fri. Nov. 09** | See details
Item location: El Paso, Texas, United States
Ships to: United States and many other countries | See details

Payments: **PayPal CREDIT**
Special financing available. Apply Now | See terms

Returns: 30 day returns. Buyer pays for return shipping | See details



**Shop with confidence**

eBay Money Back Guarant...
Get the item you ordered o...
money back. Learn more

**Seller information**
garjosed (556 )
96.2% Positive feedback

Save this Seller
Contact seller
Visit store
See other items

Have one to sell?   Sell now

---

### Frequently Bought Together 1/2             Feedback








| 120ML 24K Golden Collagen Mask Anti Wrinkle Aging | CREMA NUNN CARE CLEANSING CREAM | Jabon Lirio Neutro NEUTRAL Facial Soap use | LA MILAGROSA ORIGINAL ARTESANAL MEJORADA | Green Clay Mayamex Facial Mask/Arcilla Verde Natural | Dr Spiller Aloe S... Cleansing Gel 2... |
| $5.45 + $1.49 | $19.99 Free shipping | $5.60 Free shipping | $19.99 Free shipping | $16.50 Free shipping | $42.99 Free shipping |

Similar sponsored items 1/2

Feedback








CREMA LA MILAGROSA, ORIGINAL, VERSION

$19.99

Free shipping

Popular

LA MILAGROSA 2 CREMAS 100% ORIGINAL VERSION

$34.99

Free shipping

La Milagrosa 4 Cremas Originales Resultado

$53.99

Free shipping

CREMA LIMPIADORA PIEL ETERNAMENTE JOVEN

$15.99

Free shipping

LA CREMA DE REBECA 100% Authentic paño acne

$9.99

Free shipping

Nunn Care 2 Pa Crema Limpiad

$37.99

Free shipping

---

**Description**     **Shipping and payments**

eBay item number:

Seller assumes all responsibility for this listing.

Last updated on Nov 05, 2018 11:02:55 PST    View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's listing for full details. See all condition definitions | Size: | 1oz. |
| Type: | Cleanser | Gender: | Unisex |
| Features: | Alcohol-Free, All Natural Ingredients, Ammonia-Free, Colorant-Free, Contains Vitamins | Country/Region of Manufacture: | Mexico |
| Brand: | La Milagrosa | Formulation: | Cream |
| Skin Type: | All Skin Types | UPC: | Does not apply |



Suerte y Salud

Alipotec        Tia Mana        Diet Master        D Magic

 Se Libre de Contactarnos     Estados Unidos    Horas Lun- Sab | 7.00 AM - 6.00 PM



## $34.99

2 Cremas La Milagrosa

## 100% Original

## Directamente De Mazatlan Sir

Crema La Milagrosa es auxiliar en manchas en la p lineas de expresion y otros tipos de imperfeccione regenerar e hidratar la piel.

Plaintiff's Original Complaint 28 of 71

https://www.ebay.com/itm/La-Milagrosa-2-Cremas-Originales-Resultado-Maravilloso-Version-Mexicana-Antiage/253713031645?_trkparms=aid%3D55...    2/5



Sin Alcohol, Sin Amonia, Ingredientes Naturales, H...

Descripcion        English        Devoluciones

Auxiliar en:

Crema La Milagrosa es auxiliar en manchas en la piel, espinillas, acne, cicatrices, lineas de expresion y otros tipos de imperfecciones tambien ayud
hidratar la piel.

Modo de Uso:
Suspender otro tratamiento por lo menos 24 horas antes. Lavar la piel con Jabon neutro. Limpie y aplique cremas dos veces al dia, mañana Y noche
por la noche ya que la crema tiene mayor efectividad y, no estara expuesto a rayos solares, puede aplicares una capa mas gruesa.

Cntradicciones:
*Consulte a su medico antes de usar este o cualquier otro suplemento alimenticio si esta embarazada, lactando o si toma medicamentos.



### Entrega Gratis

Contamos con USPS en todos nuestros
pedidos, contando con la seguridad y la
profesionalidad que el correo le ofrece, sin
ningún costo.



### 2-3 Días de Garantía

Todos nuestros paquetes están
programados con un período de entrega de 2
a 3 días hábiles.



### Serv

Estamos respaldados
de entrega USPS, en el
el número de seguimi
tanto del estad





Suerte y Salud

Listados          Nosotros          Feedback          Contactanos

Somos una compañia que pertenece y es dirigida por una familia dedicada a los productos de
Salud y Belleza.

Suerte y Salud © 2018 All Rights Reserved

---

More from this seller                                                            Feedback

     

LA TIA MANA CREMA          La Milagrosa 4 Cremas      LA TIA MANA 2 CREMAS       LA TIA MANA 3 CREMAS       La Milagrosa 3 Cremas      LA TIA MANA C
100% ORIGINAL & JABON      Originales Resultado        ORIGINAL AYUDA A           ORIGINAL AYUDA A           Originales Resultado        100% ORIGINA
$19.99                     $53.99                      $27.99                     $41.99                     $49.99                     $14.19
Free shipping              Free shipping               Free shipping              Free shipping              Free shipping              Free shipping

---

People were also interested in

     

La Milagrosa 1 Crema       CREMA LA ORIGINAL          CREMA LA MILAGROSA,        CREMA MILA - NUNN LA       La Maravillosa crema muy   CREMA LIMPIA
Original Resultados        CASA BOTANICA 100%         ORIGINAL, VERSION          ORIGINAL 100%              milagrosa acne paño        ETERNAMENT
$19.49                     $14.30                     $19.99                     $15.25                     $10.99                     $15.99
Free                       Free                       Free                       Free                       Free                       Free

---

People who viewed this item also viewed  1/2                                       Feedback

# Exhibit D

# 1705306 - NUNN CARE

Status: Active (2016-12-08)

**(111) Registration Number**
1705306

**(151) Date of the registration**
2016-12-08

**(210) Serial number of the application**
0119851787601

**(220) Date of filing of the application**
2016-08-24

**(180) Expected expiration date of the registration/renewal**
2026-08-24

**(540) Mark**



**(541) Reproduction of the mark where the mark is represented in standard characters**
NUNN CARE

**(531) International Classification of the Figurative Elements of Marks (Vienna Classification)**
27.05.01, 27.05.02, 27.05.21, 27.05.10.

**(550) Indication relating to the nature or kind of mark**
Trade mark

**(731) Name and address of the applicant**
MA GUADALUPE TRUJILLO TABAREZ

MELCHOR OCAMPO NUM. EXT. 807, MAZATLAN, (ENTRE CALLES AQUILES SERDAN Y TENIENTE AZUETA)

MAZATLAN, SIN., MEXICO (8200)

**(740) Name and address of the representative**
MA GUADALUPE TRUJILLO TABAREZ

MALVON NUM. EXT. 147 NUM. INT. 5, NUEVA SANTA MARIA, (ENTRE CALLES COCOTEROS Y BOLDO)

AZCAPOTZALCO, CIUDAD DE MEXICO (02800)

**(511) The International Classification of Goods and Services for the Purposes of the Registration of Marks (Nice Classification) and the list of goods and services classified according thereto**
3

# Exhibit E







# Exhibit F

Hello innovacionnatural,

After reviewing your eBay account, we've taken the following action:
- Listings have been removed. A list of items that were removed can be viewed at the bottom of this message.
- We have credited all associated fees except for the final value fee for your listing(s).

Your listing was reviewed after receiving a report from the rights owner that your listing used their trademark without their permission. We urge you to contact the rights owner directly for more information about why they requested the review of your listing and whether you can relist the item.

For more information on our VeRO program, please visit:
http://pages.ebay.com/vero/infoforusers.html

If you have more questions, contact our policy experts:
http://ocsnext.ebay.com/ocs/cusr?query=1337&=PTB1213

Please be sure your current and future listings follow these guidelines, keeping in mind that additional violations could result in the suspension of your account.

The rights owner or an agent authorized to act on behalf of the rights owner, Suerte y Salud LLC, notified eBay that this listing violates intellectual property rights. When eBay receives a report of this type of violation, we remove the listing to comply with the law.

We encourage you to contact Suerte y Salud LLC directly if you have any questions.

You can send an email to:
lmcnamara@cohenip.com

For more information on how eBay protects Intellectual Property, or for additional information if you believe that your listing has been removed as a result of an error or misidentification, please visit the following Help page:
http://pages.ebay.com/help/policies/programs-vero-ov.html

To learn more about rules for sellers, go to:
http://pages.ebay.com/help/policies/seller-rules-overview.html

Here are the listings that were removed:
132499008689 - Nunn Care Crema Limpiadora 100% ORIGINAL antes Crema la Milagrosa FREE SHIPPING

We appreciate your cooperation.
Thanks,

eBay

Please don't reply to this message. It was sent from an address that doesn't accept incoming email.

# Exhibit G

Hello,

We are contacting you because we received a report of infringement from the rights owner listed below. Sellers on Amazon.com are not allowed to create listings or detail pages that infringe intellectual property rights. We removed the following content:

ASIN: B078XNLKVL, Crema la Milagrosa, Now Nunn Care 1oz, Skin Regeneration Blemishes, New Presentation, More Secuity.

We may let you list this content again if we receive a retraction from the rights owner. Their contact information can be found below.

Jesus , ,Garcia
jesus_gardie@hotmail.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.
If you believe that the reported content does not infringe the rights owner's intellectual property rights, you may email notice-dispute@amazon.com with supporting information.

We consider allegations of intellectual property infringement a serious matter and your account is under review. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help.

Complaint ID: 1513590501

Sincerely,

# Exhibit H



HOME    PRODUCTS    FREQUENTLY ASKED QUESTIONS    TESTIMONIALS    AUTHORIZED DISTRIBUTORS    CONTACT

# Anti-cellulite & Firming Gel

## Firming Gel





## Alipotec

presents this formula of a fresh gel, which rapidly penetrates skin, thinning descaling fats and cellulite.

It has a draining effect.

Its perfume is very fresh.

## Ingredients:

Tejocote Root Extract, Retinol, Carnitine, Camphor extract, Caffeine, Ginseng Extract.

## Instructions:

It should be applied immediately after showering. Once the skin is dry: apply in areas to be treated, such as thighs, hips, buttocks, and belly; giving a gentle massage until complete absorption.

The bottle has a scanning system that does not allow product waste.



## 🛒 Contact your nearest distributor!

Find out great products and take care of your beauty and health.

→

### ABOUT US

As you know the 21st century is the century of metabolic diseases , they arise from a nutritional imbalance and obesity. Alipotec takes all herbalists Tejocote benefits and makes them available so you can live healthily .

### CONTACT

Tel: México: +52 (81) 1505-1667

Tel: USA: +1 (956) 612-8408

info@alipotec.com.mx,
info2@alipotec.com.mx (USA)

### FOLLOW US ON FACEBOOK.



# Exhibit I



Alipotec



# Exhibit J

August 9, 2018

**VIA ELECTRONIC MAIL AND PRIORITY MAIL**

**James Michael Smedley, Esq.**
**James M Smedley LLC**
1900 Market Street
8th Floor
Philadelphia, PA 19103
215.315.3582

**Jesus Garcia Dieguez**
**Borderland Traders LLC & Suerte y Salud LLC**
**70 Kingery Dr.**
**El Paso, TX 79902**
Jesus  gardie@hotmail.com
gardie@live.com.mx
imay54@outlook.com

       Re:    Nunn Care & Alipotec Trademark Use

Dear Mr. Dieguez:

This firm represents the interests of, and is instructed by, Innovacion Natural (hereinafter, our "Client") in connection with its intellectual property rights.

Our Client is and has been a long time distributor of several products imported from Mexico, such as Nunn Care products and Alipotec products.  These products are manufactured and originate from certain manufacturers based in Mexico, namely Milagros Cosmetics S. de RL de CV, and ELVA ARACELI ALONSO GONZALEZ (hereinafter, the "Manufacturers").   Our Client has been purchasing these products legally from the Manufacturers, for distribution in the United States.

It has come to the attention of our Client that Suerte y Salud LLC has filed for and received a trademark on the Principal Register for the term "Alipotec" for: food supplements; dietary food supplements; and health food supplements (US. TM Registration No. 5,479,118).  It is further noted that the specimen provided by Suerte y Salud for this mark is one displaying the products of ELVA ARACELI ALONSO GONZALEZ, not those of Suerte y Salud LLC.

Similarly, it has come to the attention of our Client that Borderland Traders LLC has filed for and received a trademark on the Supplemental Register for the term "Nunn Care" for facial cream (US. TM Registration No. 5,526,599).  It is further noted that the specimen provided by Borderland Traders LLC for this mark is one displaying the products of Milagros Cosmetics, not those of Borderland Traders LLC.

Finally, we also identified a pending trademark application for "Alipotec Gel", filed by Borderland Traders LLC (US TM Appl. No. 87718989).

As you may know, trademark law prohibits parties from using the trademark of another in a manner that is likely to create confusion in the market place as to the source of the goods provided in connection with the trademark.

Further, in filing a trademark application, an applicant, and its representative makes certain declarations. Making false statements in these declarations is punishable by fine, or imprisonment or both, and such false statements may jeopardize the validity of the application and registration.

The full text of the Declaration signed by yourself on May 15, 2018, with respect to the Nunn Care trademark registration is below:

> DECLARATION: ***The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that, if the applicant submitted the application or allegation of use (AOU) unsigned, all statements in the application or AOU and this submission based on the signatory's own knowledge are true, and all statements in the application or AOU and this submission made on information and belief are believed to be true.***

> STATEMENTS FOR UNSIGNED SECTION 1(a) APPLICATION/AOU: If the applicant filed an unsigned application under 15 U.S.C. §1051(a) or AOU under 15 U.S.C. §1051(c), ***the signatory additionally believes that: the applicant is the owner of the mark sought to be registered***;...

> ***To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.***

Given the applications and the specimens as filed, it is apparent to our Client that you have filed for certain trademark applications and received trademark registrations on marks that do not belong to Borderland Traders LLC or Suerte y Salud LLC. From what our client has devised from online activity, Borderland Traders LLC and Suerte y Salud LLC are also US based distributors of the products of the Manufacturers.

Our Client does not wish to take this matter any further than legally necessary. As such, our Client requests that you expressly abandon US Trademark Registration No. 5,526,599 for Nunn Care, US Trademark Registration No. 5,479,118 for Alipotec and US Trademark Application No. 87718989 for Alipotec Gel, and refrain from filing any additional trademark applications for the Nunn Care or Alipotec marks.

Further, our Client seeks assurances that Borderland Traders LLC and Suerte y Salud LLC are not attempting to conduct unfair and unlawful trade practices against distributors of products provided by the Manufacturers, such as our Client. We would therefore request execution of an acknowledgement of this request in the form of a restrictive covenant, to be executed by the parties.

If we have not received an affirmative response by **August 23, 2018** indicating that you have fully complied with these requirements, we will have no choice but to take any and all appropriate legal courses of action to ensure that such unlawful activity has ceased. This includes but is not limited to all remedies available in law or equity, as well as a filing of a cancellation proceeding against US Trademark Registration No. 5,526,599 and 5,479,118 and an opposition against US Trademark Application No. 87718989 for submitting willfully false statements to the USPTO regarding the ownership and sponsorship of the marks in question.

This letter is written and sent without prejudice to our Client's rights, all of which are hereby expressly reserved. Please feel free to contact me directly if you have any questions regarding this request or if there is any way I can assist you in complying with this request.

Thank you for your immediate attention to this matter.

Sincerely,

James Michael Smedley, Esq.
Managing Member
The Sigma Law Group
James M. Smedley LLC

# Exhibit K



Alvaro Pastor <admin@mialcachofivida.com>

## Trademark Claim Received

**IP Investigations** <IPInvest@walmart.com>                        Wed, Oct 24, 2018 at 1:06 PM
To: "admin@innovacionnatural.com" <admin@innovacionnatural.com>

Hello Innovacion Natural,

Walmart is in receipt of the attached legal claim. It is our understanding that you are the Marketplace Seller of the products at issue. Please promptly contact the claimant or its attorney directly to resolve this matter. We expect that you will abide by the terms of your agreements with Walmart regarding defense and indemnification of this matter.

Item ID's Reported:
964513888 2 PACK Alipotec CAPSULES Raiz de Tejocote Root Supplement - 180 Day (6 Month Total) Supply
604983216 30 Day Alipotec Raiz de Tejocote Root Supplement 1 Mes de Uso de Alipotec para Perdida de Peso - 30 Ct.
142935921 Alipotec Capsules Raiz de Tejocote Root - 3 Month Supply
884871475 2 PACK Alipotec Raiz de Tejocote Root - 180 Day (6 Month Total) Supply
684686889 Alipotec Raiz de Tejocote Root - 90 Day Supply

Claim Details:
[subject]: Suerte y Salud LLC is the owner of Trademark "Alipotec" U.S. Registration No. 5479118  covering supplements.  Innovacion Natural is using our trademark illegally selling a fake product and confusing buyers.
[email]:   Jesus_gardie@hotmail.com
[fname]:   Jose De Jesus
[lname]:   Garcia
[phone]: 9154220771[company]:        Suerte y Salud LLC
[owner]:        Jose De Jesus Garcia
[brand]:        Alipotec
[name of seller]: Innovacion Natural
[address]:        70 Kingery Dr.

[city]:        El paso
[country]:        US
[state]:        Texas
[zip]:        79902

Regards,

Miguel
Walmart Trust & Safety

# Exhibit L

**honeah.mangione@sigmalawgroup.com**

| | |
|---|---|
| **From:** | Alvaro P <alvaro@mialcachofivida.com> |
| **Sent:** | Tuesday, October 2, 2018 4:50 PM |
| **To:** | Honeah Mangione |
| **Subject:** | Ebay Trademark Takedown Notice |
| **Attachments:** | Screenshot 2018-10-02 13.30.19.png |

Hi Honeah,

This is the notification we received on Ebay.
We are praying it will stop there but are extremely nervous it will escalate to Amazon as well.

---------- Forwarded message ---------
From: <no.reply@ebay.com>
Date: Tue, Oct 2, 2018 at 12:41 PM
Subject: Your listing has been removed: Trademark Violation - Unauthorized Item
To: <contact@innovacionnatural.com>



Your listing has been removed: Trademark Violation - Unauthorized Item


Hello innovacionnatural,

After reviewing your eBay account, we've taken the following action:
- Listings have been removed. A list of items that were removed can be viewed at the bottom of this message.
- We have credited all associated fees except for the final value fee for your listing(s).
Your listing or product was removed after the rights owner reported it as counterfeit. We urge you to contact the rights owner directly for more information about why they requested the removal of your listing or product and whether you can sell the item.

For more information on our VeRO program, please visit:
http://pages.ebay.com/vero/infoforusers.html

If you have more questions, contact our policy experts:
http://ocsnext.ebay.com/ocs/cusr?query=1337&=PTB1211


Please be sure your current and future listings follow these guidelines, keeping in mind that additional violations could result in the suspension of your account.

The rights owner or an agent authorized to act on behalf of the rights owner, Suerte y Salud LLC, notified eBay that this listing violates intellectual property rights. When eBay receives a report of this type of violation, we remove the listing to comply with the law.


We encourage you to contact Suerte y Salud LLC directly if you have any questions.

You can send an email to:
jesus_gardie@hotmail.com

For more information on how eBay protects Intellectual Property, or for additional information if you believe that your listing has been removed as a result of an error or misidentification, please visit the following Help page:
http://pages.ebay.com/help/policies/programs-vero-ov.html

Here are the listings that were removed:
132040698191 - ALIPOTEC Raiz de Tejocote Root CAPSULES 90 Dias 3 Month Supply FREE SHIPPING
142213907008 - Alipotec Raiz de Tejocote Root 90 Dias 3 Month Supply 100% ORIGINAL FREE SHIP
142763173755 - 2 PACK Alipotec Raiz de Tejocote Root 180 Dias 6 MONTHS Supply 100% ORIGINAL

We appreciate your cooperation.

Thanks,

eBay

Please don't reply to this message. It was sent from an address that doesn't accept incoming email.

eBay Document ID: 61482080009

eBay is committed to your privacy. Read our user agreement and privacy notice. Learn how to recognize fake (spoof) emails.

Copyright © 2018 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. eBay and the eBay logo are trademarks of eBay Inc., 2145 Hamilton Avenue, San Jose, CA 95125.

=====================

**Additionally**

I am attaching a screenshot of our sales related to Alipotec products on ebay alone in the last month of September.

Sales on this total about $67,435

And that is on just 1 Platform alone. The impact is even greater on Amazon if it escalates as right now I'm running the numbers but we probably sell around $80-100K of Alipotec there.

Thank you for your help.

Alvaro

# Exhibit M



  

Promos 

# Search the WHOIS Database

| Enter a domain name to search | Search |

**Private Registration**    **Local listings**

# WHOIS search results

Domain Name: lamilagrosaoficial.com
Registry Domain ID: 2272006702_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2018-06-05T22:24:04Z
Creation Date: 2018-06-05T22:24:04Z
Registrar Registration Expiration Date: 2020-06-05T22:24:04Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Jesus Garcia
Registrant Organization:
Registrant Street: 70 Kingery Dr.
Registrant City: El Paso
Registrant State/Province: Texas

Registrant Postal Code: 79902

Registrant Country: US

Registrant Phone: +1.9154220771

Registrant Phone Ext:

Registrant Fax:

Registrant Fax Ext:

Registrant Email: jesus_gardie@hotmail.com

Registry Admin ID: Not Available From Registry

Admin Name: Jesus Garcia

Admin Organization:

Admin Street: 70 Kingery Dr.

Admin City: El Paso

Admin State/Province: Texas

Admin Postal Code: 79902

Admin Country: US

Admin Phone: +1.9154220771

Admin Phone Ext:

Admin Fax:

Admin Fax Ext:

Admin Email: jesus_gardie@hotmail.com

Registry Tech ID: Not Available From Registry

Tech Name: Jesus Garcia

Tech Organization:

Tech Street: 70 Kingery Dr.

Tech City: El Paso

Tech State/Province: Texas

Tech Postal Code: 79902

Tech Country: US

Tech Phone: +1.9154220771

Tech Phone Ext:

Tech Fax:

Tech Fax Ext:

Tech Email: jesus_gardie@hotmail.com

Name Server: NS4.WIXDNS.NET

Name Server: NS5.WIXDNS.NET

DNSSEC: unsigned

URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

>>> Last update of WHOIS database: 2018–11–07T15:00:00Z <<<

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

Notes:

IMPORTANT: Port43 will provide the ICANN-required minimum data set per
ICANN Temporary Specification, adopted 17 May 2018.
Visit https://whois.godaddy.com to look up contact data for domains
not covered by GDPR policy.

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

See Underlying Registry Data   |   Contact Domain Holder   |   Report Invalid Whois

## Want to buy this domain?

Get it with our Domain Buy Service.

Go

## Is this your domain?

Add hosting, email and more.

Go

About GoDaddy

About Us

Contact Us

Newsroom

Investor Relations

Careers

Corporate Responsibility

GoDaddy Store

Legal

GoDaddy Blog

Support

Product Support

Community

Report Abuse

Resources

Webmail

WHOIS

ICANN Confirmation

Tools for Pros

Redeem Code

Product Catalog

Site Map

Partner Programs

Affiliates

Reseller Programs

GoDaddy Pro

**Account**

My Account

My Renewals

Create Account

**Shopping**

Domains

Websites

WordPress

Hosting

Web Security

Online Marketing

Email & Office

Phone Numbers

Promos

🌐 United   States   -   English  ⏴USD  ⬚

Legal | Privacy Policy | Advertising Preferences | Cookies

Copyright © 1999 – 2018 GoDaddy Operating Company, LLC. All Rights Reserved.

# Exhibit N



  

Promos 

## Search the WHOIS Database

Enter a domain name to search                                          Search

**Private Registration**     **Local listings**

# WHOIS search results

Domain Name: alipotecoficial.com
Registry Domain ID: 2254179320_DOMAIN_COM–VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2018–04–19T14:41:34Z
Creation Date: 2018–04–19T14:41:34Z
Registrar Registration Expiration Date: 2020–04–19T14:41:34Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Jesus Garcia
Registrant Organization:
Registrant Street: 70 Kingery Dr.
Registrant City: El Paso
Registrant State/Province: Texas

Plaintiff's Original Complaint 62 of 71

Registrant Postal Code: 79902

Registrant Country: US

Registrant Phone: +1.9154220771

Registrant Phone Ext:

Registrant Fax:

Registrant Fax Ext:

Registrant Email: jesus_gardie@hotmail.com

Registry Admin ID: Not Available From Registry

Admin Name: Jesus Garcia

Admin Organization:

Admin Street: 70 Kingery Dr.

Admin City: El Paso

Admin State/Province: Texas

Admin Postal Code: 79902

Admin Country: US

Admin Phone: +1.9154220771

Admin Phone Ext:

Admin Fax:

Admin Fax Ext:

Admin Email: jesus_gardie@hotmail.com

Registry Tech ID: Not Available From Registry

Tech Name: Jesus Garcia

Tech Organization:

Tech Street: 70 Kingery Dr.

Tech City: El Paso

Tech State/Province: Texas

Tech Postal Code: 79902

Tech Country: US

Tech Phone: +1.9154220771

Tech Phone Ext:

Tech Fax:

Tech Fax Ext:

Tech Email: jesus_gardie@hotmail.com

Name Server: NS4.WIXDNS.NET

Name Server: NS5.WIXDNS.NET

DNSSEC: unsigned

URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

>>> Last update of WHOIS database: 2018–11–07T15:00:00Z <<<

For more information on Whois status codes, please visit
https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

Notes:

IMPORTANT: Port43 will provide the ICANN-required minimum data set per
ICANN Temporary Specification, adopted 17 May 2018.
Visit https://whois.godaddy.com to look up contact data for domains
not covered by GDPR policy.

The data contained in GoDaddy.com, LLC's WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

See Underlying Registry Data   |   Contact Domain Holder   |   Report Invalid Whois

## Want to buy this domain?

Get it with our Domain Buy Service.

Go

## Is this your domain?

Add hosting, email and more.

Go

**About GoDaddy**

About Us

Contact Us

Newsroom

Investor Relations

Careers

Corporate Responsibility

GoDaddy Store

Legal

GoDaddy Blog

**Support**

Product Support

Community

Report Abuse

**Resources**

Webmail

WHOIS

ICANN Confirmation

Tools for Pros

Redeem Code

Product Catalog

Site Map

Partner Programs

Affiliates

Reseller Programs

GoDaddy Pro

**Account**

My Account

My Renewals

Create Account

**Shopping**

Domains

Websites

WordPress

Hosting

Web Security

Online Marketing

Email & Office

Phone Numbers

Promos

🌐 United   States   -   English   ▲USD  ▢

Legal | Privacy Policy | Advertising Preferences | Cookies

Copyright © 1999 – 2018 GoDaddy Operating Company, LLC. All Rights Reserved.

# Exhibit O











   

**Description**

**Español**

**Returns**

The most effective and totally natural way to lose weight and take off waist inches is now here !. Alipotec now has the approval of the FDA. This product is 100% natural. It is derived from the root of a fruit (Crataegus Mexicana) that is native to the mountains of Mexico. The plant is carefully cultivated without adding fertilizers or pesticides.

It is undoubtedly the best product we find in nature to lose weight and sizes. Here are some of their biggest benefits:

• Helps reduce weight and obesity through the removal of body fat.
• Cleans and detoxifies the body.
• Softens and releases fat from muscle tissue, through the body's natural debris.
• Elastin and collagen remain intact as it does not destroy the cells of muscle tissue, allowing the skin to recover and become firm again.
• Knee pain, arthritis, osteoarthritis and heart disease are reduced.
• It lowers the level of cholesterol and triglycerides in the blood.
• Reduces the risk of colon cancer and improves bowel function.
• Eliminates hard fat and reduces cellulite.
• Tones the muscles and reaffirms the skin.
• Significantly reduces eating anxiety.
• Relieves hemorrhoids and constipation.

* The results of each person can vary depending on their age, sex, health status and above all their determination. Our product added to your effort and dedication; will cause you lose weight in a healthy and happy way.

*Consult your physician before using this or any other dietary supplement if you are pregnant, nursing or taking medications.

The buyer is responsible for the use of this product.



**Free Shipping**

we have USPS in all our orders, with the security and professionalism that the mail offers, with no cost.



**Customer Support**

If you have a question, you can contact us at any time. We will respond as soon as possible.



**2-3 Days Guarantee**

All our packages are scheduled with a delivery period of 2 to 3 business days.



**BORDERLAND TRADERS**

About Us          Listings          Add to Favorite          Contact Us

Borderland Traders © 2018 All Rights Reserved

☆☆☆☆☆
No ratings or reviews yet

Be the first to write a review.

**People were also interested in**

  

| Alipotec Raiz de Tejocote 30 Days 1 Month Supply | ALIPOTEC RAIZ DE TEJOCOTE ROOT ORIGINAL 90 DIAS 3 MO... | ALIPOTEC RAIZ TEJOCOTE 100%NATURAL WEIGHTLOSS... | ALIPOTEC 100% ORIGINAL WEIGHTLOSS 2 BOTTLES 60... | Alipotec Raiz de Tejocote Root 100% Pure Root Pieces 90 Day... | Alipotec Raiz de Tejocote 100% Natural Weight Loss 6 Month Su... |
|---|---|---|---|---|---|
| $19.99 | $55.00 | $37.49 | $29.99 | $35.90 | $79.99 |
| Free | Free | Free | Free | Free | Free |

**People who viewed this item also viewed**  1/2

Feedback on our suggestions

     

| RAIZ DE TEJOCOTE ROOT 100% NATURAL 3 MONTH SUPPLY | Alipotec Raiz de Tejocote 30 Days 1 Month Supply | Alipotec Raiz de Tejocote 3 Month Supply (90 days) for 1 Bottle - Fr... | RAIZ DE TEJOCOTE ROOT WEIGHTLOSS 100% NATURAL... | RAIZ DE TEJOCOTE ROOT WEIGHTLOSS 100% NATURAL... | ALIPOTEC 3 MONTH SUPPLY 90 PIECES 100% ORIGINAL MX V... |
|---|---|---|---|---|---|
| $23.00 | $19.99 | $32.99 | $25.98 | $14.86 | $39.99 |
| Free shipping | Free shipping | Free shipping | Free shipping | Free shipping | Free shipping |
| Popular | | | | Popular | Popular |

# Exhibit P



**Modo de Empleo:**
Adultos: Tomar una porción diaria después del desayuno con un vaso de agua.

**Recomendaciones:**
Beber 8 vasos de agua al día (2 litros), comer 1 o 2 plátanos al día por su alto contenido de potasio para prevenir su eventual pérdida.

**Precauciones:**
No exceder la dosis indicada. No se recomienda el uso en mujeres embarazadas o en periodo de lactancia ni en niños menores a 12 años. Individuos con una condición médica conocida deberán consultar un médico antes del uso. Si presenta alguna molestia suspenda el consumo y consulte a su médico.

**MANTENERSE FUERA DEL ALCANCE DE LOS NIÑOS. NO CONSUMIR SI EL SELLO DE SEGURIDAD ESTA ROTO O ABIERTO. MANTENGASE EN UN LUGAR FRESCO Y SECO.**

Hecho en México
ALIPOTEC Raíz de Tejocote
Tel. (81) 15 05 16 67
www.alipotec.com.mx