**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PASTOR VILLAREAL INC., | |
| Plaintiff, | Civil Action No. 18-16203 (CCC) |
| v. | |
| BORDERLAND TRADERS LLC, *et al.*, | **ORDER** |
| Defendants. | |

**CECCHI, District Judge.**

WHEREAS on January 3, 2019, Defendants filed a motion to dismiss or transfer venue under 28 USC § 1404(a) (the "Motion") that argued that the instant lawsuit was improperly filed in the District of New Jersey. ECF No. 8-1 at 2; and

WHEREAS the Motion acknowledged that the Central District of California is "[a]n alternatively proper forum" for transfer of this case given Plaintiff is located in that District. ECF No. 8-1 at 6; and

WHEREAS on January 24, 2019, Plaintiff responded to the Motion and asserted that "Plaintiff agrees with Defendant to transfer the current case to the court of the Central District of California." ECF No. 12 at 2; and

WHEREAS "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." 28 U.S.C. § 1404(a); and

WHEREAS the Central District of California is a proper forum for transfer of this matter, and further, the interests of convenience and justice support transfer there given that Plaintiff is located in that District and both Plaintiff and Defendant conduct business in that District. *See* ECF No. 8-2 at 2-3 (affirming that Defendant has substantial customers in California and that Plaintiff is located and incorporated in California); *see also* 28 U.S.C. 1392(b) ("A civil action may be brought in a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred."); 28 USC § 1404(a).

Accordingly, IT IS on this 26th Day of September, 2019, in the interest of justice and for good cause shown:

**ORDERED** that this case is transferred to the Central District of California; and it is further

**ORDERED** that the Clerk of Court shall close the file.

**SO ORDERED.**

_____
Claire C. Cecchi, U.S.D.J.